# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHELLE PRZYBOCKI; KETAN
VAKIL; and GOURMEND FOODS, LLC,

      Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
AGRICULTURE; THOMAS J. VILSACK,
in his official capacity as Secretary of
Agriculture; UNITED STATES
DEPARTMENT OF AGRICULTURE
FOOD SAFETY AND INSPECTION
SERVICE; SANDRA ESKIN, in her official
capacity as United States Deputy Under
Secretary for Food Safety; UNITED
STATES FOOD AND DRUG
ADMINISTRATION; and ROBERT
CALIFF, in his official capacity as
Commissioner of the United States Food and
Drug Administration,

      Defendants.

Case No. 2:23-cv-00455-ART-DJA

**ORDER APPROVING**

Stipulation To Extend Time for
Defendants To Respond to the
Complaint and for Plaintiffs To File
Opposition
(First Request)

Stipulation To Enlarge Page Limit
(First Request)

      In this case, three plaintiffs have raised First Amendment claims against multiple
federal government defendants. Because the United States Attorney's Office was served
with the complaint on April 6, 2023, the current deadline for Defendants to answer or
otherwise respond to the complaint is June 5, 2023. Defendants plan to move to dismiss the
complaint.

      Because of the number and complexity of the issues to be addressed in Defendants'
anticipated motion, and the need for coordination with two different agency clients as well
as between at least two different offices within the U.S. Department of Justice, Defendants
seek an eleven-day extension of time, from June 5 to June 16, 2023, to file their anticipated
motion to dismiss. Defendants' counsel conferred with Plaintiffs' counsel, who consent to

this extension, provided that Plaintiffs' opposition deadline is extended to July 20, 2023. This is the parties' first stipulation to extend the time for Defendants to respond to the complaint and for Plaintiffs to file their opposition to Defendants' anticipated motion to dismiss.

In addition, because of the number and complexity of the issues to be addressed in Defendants' anticipated motion to dismiss, Defendants seek an enlargement of the page limit for their brief, from 24 pages to 32 pages. There is good cause for such a page limit enlargement. Defendants plan to file a single moving brief. They require an enlarged number of pages to adequately describe relevant legal authorities and to raise several arguments for dismissal, which apply to different combinations of the multiple Plaintiffs and Defendants. Defendants' counsel conferred with Plaintiffs' counsel, who consent to this requested page limit enlargement, provided Plaintiffs are also afforded 32 pages for their anticipated opposition brief.

Accordingly, the parties stipulate as follows:

1.    Defendants' deadline to file their anticipated motion to dismiss the complaint is extended from June 5, 2023, to June 16, 2023.

2.    Plaintiffs' deadline to oppose Defendants' anticipated motion to dismiss is extended to July 20, 2023.

3.    The page limit for Defendants' moving brief and for Plaintiffs' opposition brief is enlarged from 24 pages to 32 pages.

IT IS SO STIPULATED.

Dated: May 31, 2023

Matthew T. Dushoff (NV Bar)
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 405-8500
Email: mdushoff@nvbusinesslaw.com

Justin M. Pearson* (FL Bar)
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, Florida 33131
Tel: (305) 721-1600
Email: jpearson@ij.org

Paul M. Sherman* (VA Bar)
Elizabeth L. Sanz* (CA Bar)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Email: psherman@ij.org
        bsanz@ij.org

*/s/ Justin Pearson*

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

Dated: May 31, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

JASON M. FRIERSON
United States Attorney

BRAD ROSENBERG
Special Counsel

ERIC BECKENHAUER
Assistant Branch Director

*/s/ Elizabeth Tulis*
ELIZABETH TULIS
Trial Attorney (N.Y. Bar)
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, DC 20009
202-514-9237
elizabeth.tulis@usdoj.gov

*Counsel for Defendants*

IT IS SO ORDERED.

Anne R. Traum
United States District Court Judge