**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PRZYBOCKI; KETAN VAKIL; and GOURMEND FOODS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE FOOD SAFETY AND INSPECTION SERVICE; SANDRA ESKIN, in her official capacity as United States Deputy Under Secretary for Food Safety; UNITED STATES FOOD AND DRUG ADMINISTRATION; and ROBERT CALIFF, in his official capacity as Commissioner of the United States Food and Drug Administration,<br><br>Defendants. | Case No. 2:23-cv-00455-ART-DJA<br><br>**ORDER APPROVING**<br><br>**Stipulation To Extend Time for Defendants To Respond to the Complaint and for Plaintiffs To File Opposition**<br>**(Second Request)** |

In this case, three plaintiffs assert claims against multiple federal government defendants. Pursuant to a previous stipulation, the current deadline for Defendants to answer or otherwise respond to the complaint is June 16, 2023. ECF No. 34. Defendants plan to move to dismiss the complaint.

Given the number and complexity of the issues to be addressed in Defendants' anticipated motion, and the need for coordination with two different agency clients as well as between at least two different offices within the U.S. Department of Justice, Defendants previously sought an eleven-day extension of time, from June 5 to June 16, 2023, to file their motion to dismiss. ECF No. 33. Because that coordination and consultation is taking longer than expected, Defendants respectfully request an additional one-week extension,

until June 23, 2023, to complete preparation of their filing. Defendants' counsel conferred with Plaintiffs' counsel, who consent to this extension, provided that Defendants agree not to seek any further extensions for this motion and accompanying opening brief, and that Plaintiffs' opposition deadline is extended to August 4, 2023. Defendants agree to these conditions. This is the parties' second stipulation to extend the time for Defendants to respond to the complaint and for Plaintiffs to file their opposition to Defendants' anticipated motion to dismiss.

Accordingly, the parties stipulate as follows:

1. Defendants' deadline to file their anticipated motion to dismiss the complaint is extended from June 16, 2023, to June 23, 2023. This is the final extension that Defendants will receive for their motion and opening brief.

2. Plaintiffs' deadline to oppose Defendants' anticipated motion to dismiss is extended from July 20, 2023, to August 4, 2023.

IT IS SO STIPULATED.

Dated: June 15, 2023

Matthew T. Dushoff (NV Bar)
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 405-8500
Email: mdushoff@nvbusinesslaw.com

Justin M. Pearson* (FL Bar)
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, Florida 33131
Tel: (305) 721-1600
Email: jpearson@ij.org

Paul M. Sherman* (VA Bar)
Elizabeth L. Sanz* (CA Bar)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Email: psherman@ij.org
    bsanz@ij.org

Dated: June 15, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JASON M. FRIERSON
United States Attorney

JULIE STRAUS HARRIS
Assistant Branch Director

ERIC BECKENHAUER
Assistant Branch Director

 /s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney (N.Y. Bar)
U.S. Department of Justice
Civil Division
Federal Programs Branch

2

|  |  |
|---|---|
| /s/ Justin Pearson | 1100 L St. NW<br>Washington, DC 20009<br>202-514-9237<br>elizabeth.tulis@usdoj.gov |
| *Admitted *pro hac vice* | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: June 16, 2023