**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| MICHELLE PRZYBOCKI, *et al.*, | Case No. 2:23-CV-00455-ART-DJA |
| Plaintiffs, | **ORDER APPROVING** |
| vs. | **STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (Second Request) AND DEFENDANTS TO FILE REPLY (First Request)** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

This case involves claims against numerous federal government defendants, and the Defendants have filed a motion to dismiss which, in turn, asserts numerous alternative arguments.

Plaintiffs' deadline to respond to Defendants' Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction, Failure to State a Claim, and Improper Venue (ECF No. 37) is August 4, pursuant to a previous stipulation.

Given the number and complexity of the issues involved in this lawsuit, Defendants' Motion, and Plaintiffs' forthcoming response, Plaintiffs respectfully request a 14-day extension of time, from August 4 to August 18, 2023, for Plaintiffs to file their response to Defendants' Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction, Failure to State a Claim, and Improper Venue. ECF No. 37.

Plaintiffs' counsel conferred with Defendants' counsel, who consent to this extension, provided that Defendants' reply deadline is extended from August 25 to September 18, 2023. This is Plaintiffs' second request for extension in that Plaintiffs received an extension as part of an earlier extension requested by, and granted to, Defendants, but this is the first request for extension of time initiated by Plaintiffs. This is also the first request for extension of time for Defendants to file their reply.

Accordingly, the parties stipulate as follows:

1.     Plaintiffs' deadline to file their response to Defendants' Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction, Failure to State a Claim, and Improper Venue is extended from August 4, 2023, to August 18, 2023.

2.     Defendants' deadline to file their reply to their Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction, Failure to State a Claim, and Improper Venue is extended from August 25, 2023, to September 18, 2023.

IT IS SO STIPULATED.

Dated: July 24, 2023

| | |
|---|---|
| Brian M. Boynton<br>Principal Deputy Assistant Attorney General<br><br>Jason M. Frierson<br>United States Attorney<br><br>Julie Straus Harris<br>Assistant Branch Director<br><br>Eric Beckenhauer<br>Assistant Branch Director<br><br>/s/ Elizabeth Tulis<br>Elizabeth Tulis<br>Trial Attorney (NY Bar)<br>U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20009<br>elizabeth.tulis@usdoj.gov<br><br>*Counsel for Defendants* | /s/ Justin M. Pearson<br>Justin M. Pearson<br>INSTITUTE FOR JUSTICE<br>2 S. Biscayne Boulevard, Suite 3180<br>Miami, FL 33131<br>Tel: (305) 721-1600<br>Email: jpearson@ij.org<br><br>Paul M. Sherman*<br>Elizabeth L. Sanz*<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, Virginia 22203<br>Email: psherman@ij.org<br>　　　　bsanz@ij.org<br><br>Matthew T. Dushoff (NV Bar No. 4975)<br>SALTZMAN MUGAN DUSHOF<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>Tel: (702) 405-8500<br>Email: mdushoff@nvbusinesslaw.com<br><br>*Admitted pro hac vice<br><br>*Counsel for Plaintiffs* |

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

Dated: July 24, 2023

3