AO450 (NVD Rev. 7/31/24) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Michelle Przybocki

                Plaintiff,

v.

United States Department of Agriculture et al

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00455-ART-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Defendants and against Plaintiff.

10/30/2024
Date

DEBRA K. KEMPI
Clerk

/s/ CAH
Deputy Clerk