BRETT A. SHUMATE
Assistant Attorney General
SIGAL CHATTAH
Acting United States Attorney
JOSEPH E. BORSON
Assistant Branch Director
ERIC BECKENHAUER
Assistant Branch Director
ELIZABETH TULIS
Assistant Branch Director (N.Y. Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20009
202-514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE PRZYBOCKI; KETAN VAKIL; and GOURMEND FOODS, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE FOOD SAFETY AND INSPECTION SERVICE; SANDRA ESKIN, in her official capacity as United States Deputy Under Secretary for Food Safety; UNITED STATES FOOD AND DRUG ADMINISTRATION; and ROBERT CALIFF, in his official capacity as Commissioner of the United States Food and Drug Administration,<br><br>    Defendants. | Case No. 2:23-cv-00455-ART-DJA<br><br>**Unopposed Motion To Withdraw as Attorney** |

Pursuant to Local Rule IA 11-6(b), Defendants respectfully move to withdraw Elizabeth Tulis as counsel of record for Defendants in this case, for the following reasons: Elizabeth Tulis is currently counsel of record for Defendants. Ms. Tulis will soon be leaving employment with the U.S. Department of Justice. Defendants will continue to be represented by Assistant U.S. Attorney Nicole Leibow. Notice of Ms. Tulis's planned withdrawal was provided to Defendants and counsel for Plaintiffs by electronic mail on August 22, 2025. Plaintiffs' counsel has informed the undersigned that Plaintiffs do not oppose this motion.

Accordingly, for the reasons stated above, Defendants respectfully request that the Court grant this motion to withdraw Elizabeth Tulis as counsel of record and remove Ms. Tulis from future electronic notifications regarding this case.

Dated: August 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SIGAL CHATTAH
Acting United States Attorney

JOSEPH E. BORSON
Assistant Branch Director

ERIC BECKENHAUER
Assistant Branch Director

 /s/ Elizabeth Tulis
ELIZABETH TULIS
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

**IT IS THEREFORE ORDERED** that the motion to withdraw (ECF No. 62) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to remove attorney Elizabeth Tulis as counsel of record in this action.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2025

3