**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHELLE PRZYBOCKI; KETAN VAKIL; and GOURMEND FOODS, LLC,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF ARGICULTURE; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF ARGICULTURE FOOD SAFETY AND INSPECTION SERVICE; SANDRA ESKIN, in her official capacity as United States Deputy Under Secretary for Food Safety; UNITED STATES FOOD AND DRUG ADMINISTRATION; and ROBERT CALIFF, in his official capacity as Commissioner of the United States Food and Drug Administration,

Defendants.

Case No. 2:23-cv-00455-ART-DJA

**ORDER GRANTING**

**STIPULATION FOR EXTENSION OF DEFENDANTS' TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTENSION OF PLAINTIFFS' TIME TO FILE A REPLY**

**(First Request)**

In this case, Plaintiffs allege that the U.S. Department of Agriculture (USDA) and U.S. Food and Drug Administration (FDA) have violated the First Amendment by enacting a "ban" on the labeling of foods as "low-FODMAP." ECF No. 1. This Court dismissed Plaintiffs' claims, ECF No. 52, and the Ninth Circuit recently affirmed in part, ECF No. 65, and reversed in part, *Przybocki v. USDA*, 185 F.4th 891 (9th Cir. 2026). Since the mandate was spread on September 28, the parties have been actively conferring to determine whether it may be possible to resolve

this case without further litigation. On October 16, Plaintiffs filed a motion for preliminary injunction, ECF No. 68, to which Defendants' response is currently due on October 30, *see* LR 7-2(b). In light of their ongoing discussions, the parties hereby stipulate to extending the time for Defendants to oppose Plaintiffs' motion, and for Plaintiffs to reply, should briefing that motion prove necessary. In support, they state:

1. Since the Ninth Circuit's mandate was spread, the parties, through counsel, have conferred on a number of occasions to discuss how best to proceed in this case, including by phone on October 9 and by email exchanges on October 15, 22, and 26. During those conversations, Plaintiffs shared their plans to seek preliminary relief.

2. While Defendants do not agree that there is a basis for preliminary relief or any need for expedited proceedings, they explained that it may be unnecessary for the Court to address those issues. Specifically, both USDA and FDA are continuing to review the Ninth Circuit's decision and actively considering the appropriate next steps, which may include public statements concerning FODMAP labeling claims—statements that could moot this case entirely, or at least substantially narrow the issues in dispute. Defendants' counsel expect that any such statements will be released in the coming weeks, though the precise timing remains uncertain.

3. To provide time for Defendants to finalize any such statements, for Plaintiffs to review them, and for the parties to confer to narrow the issues, in whole or part, and resume litigation, should disputes remain, the parties have agreed to a three-week extension of time, from October 30 to November 20, for Defendants' opposition brief. The parties have likewise agreed to a one-week extension of time, from November 27 to December 4, for Plaintiffs' reply.

4. This is the first request to adjust the briefing schedule for Plaintiffs' motion for preliminary injunction, and it will not affect any scheduled hearings before this Court.

Accordingly, the parties hereby stipulate as follows:

1.) Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed no later than November 20, 2026.

2.) Plaintiffs' Reply to Defendants Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed no later than December 4, 2026.

IT IS SO STIPULATED.

Dated: October 27, 2026

/s/ Justin M. Pearson
JUSTIN M. PEARSON*
Institute for Justice
2 S. Biscayne Boulevard, Ste. 3180
Miami, Florida 33131
Tel: (305) 721-1600
Email: jpearson@ij.org

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Director
Federal Programs Branch

/s/ Jordan A. Hulseberg
JORDAN A. HULSEBERG
Trial Attorney
Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Telephone: (202) 598-3856
Jordan.A.Hulseberg2@usdoj.gov

*Counsel for Defendants*

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED this 29th day of October, 2026.