JONATHAN D. GUYNN
Acting Assistant Attorney General
ERIC B. BECKENHAUER
Assistant Director
JORDAN A. HULSEBERG
Trial Attorney
Jordan.a.hulseberg2@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Telephone: (202) 598-3856
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHELLE PRZYBOCKI; KETAN VAKIL; and GOURMEND FOODS, LLC,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF ARGICULTURE; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF ARGICULTURE FOOD SAFETY AND INSPECTION SERVICE; SANDRA ESKIN, in her official capacity as United States Deputy Under Secretary for Food Safety; UNITED STATES FOOD AND DRUG ADMINISTRATION; and ROBERT CALIFF, in his official capacity as Commissioner of the United States Food and Drug Administration,

Defendants.

Case No. 2:23-cv-00455-ART-DJA

**STIPULATION FOR EXTENSION OF DEFENDANTS' TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTENSION OF PLAINTIFFS' TIME TO FILE A REPLY**

**(Second Request)**

As previously reported, since the Ninth Circuit's mandate was spread on September 28, the parties have been actively conferring to determine whether it may be possible to resolve this case without further litigation. ECF No. 71. On October 29, this Court granted the Parties' stipulation to extend Defendants' time to oppose Plaintiffs' motion for preliminary injunction to November 20, and Plaintiffs' time to reply to December 4. ECF No. 72. In that stipulation, Defendants represented that both the U.S. Department of Agriculture (USDA) and U.S. Food and

Drug Administration (FDA) "are continuing to review the Ninth Circuit's decision and actively considering the appropriate next steps, which may include public statements concerning FODMAP labeling claims—statements that could moot this case entirely, or at least substantially narrow the issues in dispute." *Id.* ¶ 2. FDA has now issued such a letter, and one is soon expected from USDA. Accordingly, the parties hereby stipulate to a further extension of time for Defendants to oppose Plaintiffs' motion, and for Plaintiffs to reply, should briefing that motion prove necessary. In support, they state:

1. On November 17, FDA issued the attached letter setting out its "position regarding whether Gourmend Foods, LLC's statements in food labeling about the levels of FODMAPs in a food ('FODMAP level statements') should be regulated as nutrient content claims." Exhibit A, Letter to Ketan Vakil & Gourmend Foods, LLC, from Claudine Kavanaugh, Director, Office of Nutrition and Food Labeling, Human Foods Program, FDA (Nov. 17, 2026). This letter stated, among other things, that "FDA has evaluated the FODMAP level statements currently made on the labeling of Gourmend Foods, LLC's FDA-regulated food products and does not consider them to be nutrient content claims and does not intend to take enforcement action on them as nutrient content claims." *Id.* at 2.

2. USDA is in the process of preparing its own letter or other statement that may moot or substantially narrow Plaintiffs' claims, but it requires additional time to complete that process, which it expects to do within two weeks.

3. Following FDA's issuance of its November 17 letter, the parties conferred over email. Although Plaintiffs are not yet certain that a similar letter from USDA would resolve the entire case, they agree that it could resolve the need for their motion for a preliminary injunction to be heard.

4. Thus, to provide time for USDA to finalize any such letter, for Plaintiffs to review it, and for the parties to confer to narrow the issues, in whole or part, and resume litigation, should disputes remain, the parties have agreed to a further two-week extension of time, from November

20 to December 4, for Defendants' opposition brief. The parties have likewise agreed to a commensurate extension of time for Plaintiffs' reply, from December 4 to December 18.

5. This is the second request to adjust the briefing schedule for Plaintiffs' motion for preliminary injunction, and it will not affect any scheduled hearings before this Court.

Accordingly, the parties hereby stipulate as follows:

1.) Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed no later than December 4, 2026.

2.) Plaintiffs' Reply to Defendants Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed no later than December 18, 2026.

IT IS SO STIPULATED.

Dated: November 20, 2026

/s/ Justin M. Pearson
JUSTIN M. PEARSON*
Institute for Justice
2 S. Biscayne Boulevard, Ste. 3180
Miami, Florida 33131
Tel: (305) 721-1600
Email: jpearson@ij.org

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Director
Federal Programs Branch

/s/ Jordan A. Hulseberg
JORDAN A. HULSEBERG
Trial Attorney
Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Telephone: (202) 598-3856
Jordan.A.Hulseberg2@usdoj.gov

*Counsel for Defendants*

IT IS SO ORDERED:

______________________________

United States District Judge

DATED: _______________